Case 2:16-cr-00881 Document 38 Filed on 05/16/17 in TXSD Page 1 of 1

MP

United States District Court
Southern District of Texas
**ENTERED**
May 16, 2017
David J. Bradley, Clerk

Tx/sd/js-10 (1/88)

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## ORDER TO DISBURSE CASH BAIL

| Criminal Action No. 2:16MJ1258-1 | Termination Date: | Division: |
|---|---|---|
| Crim. 2:16CR881-1 | 4/27/17 | Corpus Christi |

Bond is remitted to the person or business at the address on the affidavit of ownership previously submitted to the Clerk of Court.

| Amount Deposited: | Defendant's Name: |
|---|---|
| $500.00 | Juan Antonio Martinez |

This deposit of cash having been made to secure the defendant's bond, the defendant having met the conditions of his bond, no deduction having been ordered, and the case having been terminated, the Clerk is ordered to issue a Registry check in the full amount of the deposit payable to the order of the person who deposited the money.

Signed on _May 16_, 2017

_Hilda G. Tagle_
United States District Judge

APPROVED.
David J. Bradley
United States District Clerk

By: _Amla Rivera_  5/3/17
    Deputy Clerk    (Date)

By: _A Mhns_  5/2/17
    Financial Deputy  (Date)

NO OBJECTION.
United States Attorney

By: _____
Mark Patterson   Assistant U.S. Attorney   (Date)